2   203
8   289
26*  253
36*  135

[No. 104.   Decided March 7, 1891.]

## T. M. CLARK AND JULIA C. CLARK v. THE TACOMA BUILDING AND SAVINGS ASSOCIATION.

*Appeal from Superior Court, Pierce County.*

*Parker & Williamson,* for appellants.

*Garretson, Brackett & Rosling (Galusha Parsons,* of counsel), for appellee.

DUNBAR, J.—This cause was brought here on substantially the same allegation of error, and involves the same questions raised and discussed in the case of *Reed v. Association, ante,* p. 198; and for the reasons assigned in the opinion in that case the judgment in this case will be reversed, and the case remanded for a new trial in accordance therewith, with leave to amend pleadings.

HOYT and SCOTT, JJ., concur.

ANDERS, C. J., concurs in the result.

STILES, J., disqualified.